FILED
ASHEVILLE, N. C.
DEC 15 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:04cv49

| | |
|---|---|
| DONNA K. REEMES; and STEVEN J. REEMES, ) ) ) Plaintiffs, ) ) Vs. ) ) H&S HOMES, LLC, d/b/a HORTON HOMES OF FLETCHER; and COUNTRYWIDE HOME LOANS, INC., ) ) ) ) ) Defendants. ) ) | **CONSENT JUDGMENT** |

**THIS MATTER** having come before the court in accordance with 28, United States Code, Section 636(c), and upon the Settlement Agreement filed with the court on or about November 9, 2005, and it appearing from representations made in such document and to the court by respective counsel orally that the parties have resolved all issues in this civil action and that they jointly request that such Settlement Agreement be incorporated into a Judgment, making the terms thereof enforceable through the contempt power of this court,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED,** that the Settlement Agreement filed upon the court's docket on November 9, 2005, is **INCORPORATED** herein by reference as if fully set forth, and such Judgment, if necessary, shall be enforceable through the contempt power of this court, and this action is **DISMISSED** in its entirety with prejudice, all in accordance with Rule 41, Federal Rules of Civil Procedure.

This 12th day of December, 2005.

*Dennis L. Howell*
**DENNIS L. HOWELL**
**UNITED STATES MAGISTRATE JUDGE**

**We consent:**

_____
**William Loose**
**Counsel for Plaintiffs**

_____
**Counsel for Defendant H & S Homes, LLC,**
d/b/a Horton homes of Fletcher

_____
**Counsel for Countrywide Home Loans, Inc.**